# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PLUMBERS LOCAL UNION NO. 68 AND BOARDS OF TRUSTEES FOR THE PLUMBERS LOCAL UNION NO. 68 PENSION TRUST, WELFARE FUND, VACATION SAVINGS PLAN TRUST FUND, AND HOUSTON AREA PLUMBING JOINT APPRENTICESHIP FUND, Plaintiffs, § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:18-cv-03497 |
| v. | |
| COUGAR COMPANY PLUMBING CONTRACTORS COMPANY, Defendant. | |

## FINAL JUDGMENT

After considering PLUMBERS LOCAL UNION NO. 68 AND BOARDS OF TRUSTEES FOR THE PLUMBERS LOCAL UNION NO. 68 PENSION TRUST, WELFARE FUND, VACATION SAVINGS PLAN TRUST FUND, AND HOUSTON AREA PLUMBING JOINT APPRENTICESHIP FUND (Plaintiffs) Motion for Final Judgment, supporting Affidavits and Exhibits, the Court GRANTS a Final Judgment against COUGAR COMPANY PLUMBING CONTRACTORS COMPANY (Defendant), as follows:

| | | |
|---|---|---|
| a. | Contributions: | $125,306.34 |
| b. | Interest: | $ 9,967.87 |
| c. | Liquidated Damages: | $ 12,530.60 |
| d | Attorney Fees: | $ 3,102.50 |
| e. | Costs: | $ 559.16 |
| | Sub-Total | $151,466.47 |
| | Credit-surety bond | $- 45,000.00 |
| | Total | $106,466.47 |

f. The sum awarded in this judgment shall be subject to post-judgment interest at the rate of **2.64** % per annum.

All relief not granted herein is denied. This is a final order, which disposes of all claims, and is appealable.

The clerk shall enter this order, and provide a copy to all counsel of record.

SIGNED at Houston, Texas, on this _____ day of __DEC 3 1 2018__, 201___.

_____
UNITED STATES DISTRICT JUDGE